FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Domitila Chavez DEFENDANT(S). | CASE NUMBER 11-02020m ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Deft___, IT IS ORDERED that a detention hearing is set for ___Thursday___, ___9/1/11___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___540-Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___8/30/11___

_____
U.S. District Judge/Magistrate Judge

CR-66 (10/97)       ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1